# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEMETRIOUS JOHNSON                                                              PLAINTIFF

v.                                    4:18CV00320-JM-JJV

JAMES REYNOLDS, Chaplain,
Pulaski County Jail; *et al.*                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Nelson is DISMISSED from this action without prejudice due to Plaintiff's failure to state a viable claim against him or her.

DATED this 30th day of May, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE