# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEMETRIOUS JOHNSON                                                                      PLAINTIFF

v.                                    CASE NO: 4:18CV00320 JM

JAMES REYNOLDS, CHAPLAIN,
Pulaski County Jail; *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. The Motion for Summary Judgment filed by Defendants Reynolds and Brawley (Doc. No. 25) is GRANTED in part and DENIED in part.

2. Summary judgment (Doc. No. 25) is GRANTED on Plaintiff's official capacity claims against Defendants Reynolds and Brawley.

3. Summary judgment (Doc. No. 25) based on qualified immunity is GRANTED as to Defendant Brawley and Plaintiff's claims against her be DISMISSED.

4. Summary judgment (Doc. No. 25) based on qualified immunity is DENEID as to Defendant Reynolds.

5. Summary judgment (Doc. No. 22) is GRANTED in favor of Defendant Roberts and Plaintiff's claims against her be DISMISSED.

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 9th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE