# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEMETRIOUS JOHNSON**                                                                **PLAINTIFF**

V.            **CASE NO: 4:18-CV-00320 JM-JJV**

**JAMES REYNOLDS, Chaplain,**
**Pulaski County Jail,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 20th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE